IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Marianne R. T.,

      Plaintiff,

v.     CIV No. 1:23-CV-00216-KRS

MARTIN O'MALLEY,[1] Acting Commissioner,
Social Security Administration,

      Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for Rehearing with Supporting Memorandum (Doc. 18) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**

---

[1] Martin O'Malley became the Acting Commissioner of the Social Security Administration on December 20, 2023, and is automatically substituted as the defendant in this action. FED. R. CIV. P. 25(d).